**DISMISS and Opinion Filed March 6, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01234-CV

### IN THE INTEREST OF D.J.M. AND P.T.M., CHILDREN

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-55829-2014**

## MEMORANDUM OPINION
Before Chief Justice Burns, Justice Whitehill, and Justice Molberg
Opinion by Chief Justice Burns

Before the Court is the parties' amended joint motion to dismiss the appeal. The parties

have informed the Court that they have settled their differences. Accordingly, we grant the motion

and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(2).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

181234F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF D.J.M. AND
P.T.M., CHILDREN

No. 05-18-01234-CV

On Appeal from the 416th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 416-55829-2014.
Opinion delivered by Chief Justice Burns.
Justices Whitehill and Molberg
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee Devon Lori Waters recover her costs of this appeal from appellant Jose Madrigal, Jr.

Judgment entered March 6, 2019